[No. 50458-4-I.   Division One.   July 28, 2003.]

ROBERT BARKER, *Appellant*, v. SKAGIT SPEEDWAY, INC.,
*Respondent*.

Appeal from judgments of the Superior Court for Skagit
County, No. 00-2-01061-6, Michael E. Rickert, J., entered
April 18 and May 15, 2002. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Becker, C.J., and
Agid, J. Now published at 119 Wn. App. 807.

[No. 50462-2-I.   Division One.   July 28, 2003.]

RUSSELL DAY, ET AL., *Respondents*, v. JULIE SANTORSOLA, ET
AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-23115-6, Catherine D. Shaffer, J., entered
May 8, 2002. *Affirmed in part, reversed in part, and re-
manded* by unpublished opinion per Schindler, J., con-
curred in by Becker, C.J., and Kennedy, J. Now published at
118 Wn. App. 746.

[No. 50623-4-I.   Division One.   July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIANO
HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-09939-2, Douglas D. McBroom, J., entered
May 31, 2002. *Affirmed* by unpublished opinion per Cox,
A.C.J., concurred in by Baker and Ellington, JJ.

[No. 50767-2-I.   Division One.   July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. T.A., *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 01-8-05134-4, LeRoy McCullough, J., entered
July 8 and 15, 2002. *Affirmed* by unpublished per curiam
opinion.